No. 240.   PARTRIDGE, EXECUTOR, *v.* PRESLEY, EXECUTOR.   United States Court of Appeals for the District of

Columbia Circuit. Certiorari denied. *Frederick A. Ballard* for petitioner.